# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DRESTON F. WALKER, | : | |
| Petitioner, | : | Case No. 3:07CV225 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| ERNIE MOORE, Warden, | : | |
| Lebanon Correctional Institution, | | |
| | : | |
| Respondent. | | |
| | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations (Doc. #3) of United States Magistrate Judge Sharon L. Ovington, to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Reports and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on July 11, 2007 (Doc. #3) is ADOPTED in full;

2. Dreston F. Walker's Petition for Writ of Habeas Corpus is denied and dismissed;

3. The Clerk of Court is directed to send a copy of this Decision and Entry to the Attorney General of Ohio at the address set forth in the Report and Recommendations; and

4. The case is terminated on the docket of this Court.

July 31, 2007                                    s/THOMAS M. ROSE

                                                 _____
                                                        Thomas M. Rose
                                                 United States District Judge